Umberto Vinci, Appellant, v. Pasquale Di Mezza and Another, Respondents.— Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Anna Whitson, Respondent, v. John G. Whitson, Appellant.— Order modified by reducing counsel fee to $250, and awarding to the plaintiff $75 a month for the support of the defendant's children; and as so modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Nellie Levene, Respondent, v. Louis Levene, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John H. Flagler, Respondent, v. Charles A. Kittle, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John H. Flagler, Respondent, v. Charles A. Kittle, Appellant.— Motion for stay granted, without costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Gertrude Eleanor Tiedemann, Respondent, v. Rudolph Ernest Tiedemann, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Nicholas Arnstein.— Motion granted, unless appellant complies with terms of order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Rodman Dixon.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Jacob Fox. — Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Samuel Miller.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Harvey Newton.— Motion granted, unless appellant complies with terms of order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Benedetto Randazzo.— Motion granted, unless appellant complies with terms of order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Charles A. Schaefer.— Motion granted, unless appellant complies with terms of order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Vincenzo Acena.— Motion granted, unless appellant complies with terms of order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. Pietro Brusco and Another.— Motion granted, unless appellant complies with terms of order. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.